IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
MAR 23 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) 1:23 CR 163 |
| MLADEN THOMAS STRBAC, | ) CASE NO. _____ |
| Defendant. | ) Title 18, United States Code, Sections 922(g)(1), and 924(a)(2) |

**JUDGE BRENNAN**

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about February 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant MLADEN THOMAS STRBAC, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aiding and Abetting Misuse of Passport, on or about June 14, 2006, in the United States District Court, Northern District of Ohio, Eastern Division, in Case Number 1:06CR376, knowingly possessed in and affecting interstate commerce ammunition, to wit: 42 rounds of 9mm ammunition bearing headstamp "Remington," said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offenses, Defendant MLADEN

1

THOMAS STRBAC, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.